UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

CASS COUNTY BANK, ET AL                CIVIL ACTION NO. 11-cv-1675

VERSUS                                 JUDGE STAGG

AMERICAN ALTERNATIVE INSURANCE         MAGISTRATE JUDGE HORNSBY
CORP.

**MEMORANDUM ORDER**

American Alternative Insurance Corp. ("American") removed this case based on an assertion of diversity jurisdiction, so it bears the burden of presenting facts to establish diversity. The allegations of the citizenship of the parties are not yet sufficient to meet that burden. American must file an Amended Notice of Removal by **November 18, 2011** to remedy the deficiencies discussed below. If American establishes a basis for the exercise of jurisdiction, a scheduling conference will be set promptly. If not, the case will be subject to remand.

American describes itself as a foreign company domiciled in Delaware. Assuming American is a corporation, it must allege its citizenship in accordance with the applicable statutory rules. A corporation is deemed to be a citizen of (1) the state in which it was incorporated and (2) the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1). To establish diversity jurisdiction, a complaint or notice of removal must set forth "with specificity" a corporate party's state of incorporation and its principal place of business. "Where the plaintiff [or removing party] fails to state the place of incorporation

or the principal place of business of a corporate party, the pleadings are inadequate to establish diversity." <u>Joiner v. Diamond M Drilling Co.</u>, 677 F.2d 1035, 1039 (5th Cir. 1982). The Fifth Circuit requires strict adherence to these straightforward rules. <u>Howery v. Allstate Ins. Co.</u>, 243 F.3d 912, 919 (5th Cir. 2001). American's current allegations are not sufficiently specific to satisfy these requirements.

American alleges that Danny Foster is a citizen of Louisiana. That allegation is sufficient. He describes the other plaintiff, Cass County Bank, as a branch of Morris County National Bank, "a banking corporation domiciled in the State of Texas." That allegation does not, however, specifically allege the state in which the corporation is incorporated and the state in which it has its principal place of business.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 4th day of November, 2011.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE